J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

*E-FILED - 12/4/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-4044 RMW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| Jeffrey Brooks a/k/a Sean Brooks, MSM, Inc. and Does 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

On or about September 11, 2008, the Court set a Case Management Conference for December 5, 2008 at 10:30 a.m.

Plaintiff thereafter filed its request to continue the Case Management Conference to allow sufficient time to allow the Clerk to enter Defendant's default and for Plaintiff to file and be heard on a motion for default judgment.

/ / /

/ / /

/ / /

/ / /

Adobe v. Brooks, et al.: Proposed Order                              - 1 -

1 | In light of the request, the Case Management Conference currently on calendar for
2 | December 5, 2008 at 10:30 a.m., is continued until __February 13, 2009__, at __10:30 a.m.__

IT IS SO ORDERED:

Dated: 12/4/08

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge, Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: *Nicole L Drey*
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 21, 2008, I served on the interested parties in this action with the:

- **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Jeffrey Brooks a/k/a Sean Brooks, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Jeffrey Brooks a/k/a Sean Brooks<br>MSM, Inc.<br>614 Weaver Lane<br>Weaver, Alabama 36277 | |
|---|---|

Place of Mailing: Glendale, California.
Executed on November 21, 2008, at Glendale, California.

_/s/ Nicole L. Drey_
Nicole L. Drey