**E-FILED on** 01/27/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALE ROYAL BUXTON,<br><br>    Plaintiff,<br><br>    v.<br><br>EAGLE TEST SYSTEMS, INC.,<br><br>    Defendant. | No. C-08-04404-RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS<br><br>**[Re Docket No. 12]** |

For the reasons stated at the hearing, the court:

1. Grants Eagle's motion to dismiss Buxton's claim for breach of the covenant of good faith and fair dealing.
2. Grants Eagle's motion to dismiss Buxton's claim for intentional infliction of emotional distress.
3. Denies Eagle's motion to dismiss Buxton's claims for fraud, unlawful inducement to move, and wrongful termination.

4. Strikes the declarations of Stacey McKee Knight in support of the motion to dismiss and strikes the declaration of Robert Bohn in opposition to the motion to dismiss.

5. Strikes the allegations in the complaint seeking punitive damages for the breach of contract claim and seeking attorneys' fees for the first, second, and fifth claims.

DATED: 01/26/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Robert Herbert Bohn , Sr.         bbohn@bohnlaw.com

**Counsel for Defendants:**

Stacey Dianne McKee-Knight         stacey.knight@kattenlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   01/27/09                                    JAS
                                            **Chambers of Judge Whyte**