**E-FILED on**   02/05/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALE ROYAL BUXTON, | No. C-08-04404-RMW |
| Plaintiff, | |
| v. | ORDER |
| EAGLE TEST SYSTEMS, INC., | |
| Defendant. | |

On Janurary 27, 2009, the court issued an order granting in part and denying in part Eagle Test Systems motion to dismiss. For the reasons stated at the January 23, 2009 hearing, plaintiff shall have 20 days from the date of this order to file an amended complaint.

DATED:   02/05/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER—No. C-08-04404-RMW
JAS

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Robert Herbert Bohn , Sr.          bbohn@bohnlaw.com

4  **Counsel for Defendants:**

5  Michael J. Burns                          mburns@seyfarth.com
   Stacey Dianne McKee-Knight   stacey.knight@kattenlaw.com
6  Aniesa Rice                                 aniesa.rice@kattenlaw.com
   Ryan James Larsen                   ryan.larsen@kattenlaw.com
7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10

11 **Dated:**     02/05/09                                    JAS
                                                        **Chambers of Judge Whyte**
12