SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614) mburns@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.

*E-FILED - 3/5/09*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

DALE BUXTON,

　　　　　Plaintiff,

　　v.

EAGLE TEST SYSTEMS, INC.,

　　　　　Defendant.

Case No. C08-04404 RMW

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME IN WHICH TO FILE A RESPONSIVE PLEADING AND SUBMIT INITIAL DISCLOSURES

**WHEREAS,** the deadline for Eagle Test System, Inc. ("Defendant") to file a responsive pleading to Dale Buxton's ("Plaintiff") Complaint was on February 24, 2009;

**WHEREAS,** the deadline for Defendant to submit its Initial Disclosures was February 6, 2009;

**WHEREAS,** Defendant's original counsel in this matter was Katten Muchin Rosenman LLP;

**WHEREAS,** Defendant substituted its counsel to Seyfarth Shaw LLP on February 5, 2009;

**WHEREAS,** Defendant's new counsel, Seyfarth Shaw LLP, is in the process of obtaining and reviewing the relevant facts and documents and investigating Plaintiff's allegations;

///

---

Eagle Test Systems, Inc.'s Stipulation and [~~Proposed~~] Order; Case No. 08-044404 RMW

1  **WHEREAS,** Defendant and Plaintiff have conferred and agreed pursuant to Local Rule 6-2 to extend the deadline for Defendant to file a responsive pleading to the Complaint to March 25, 2009;

**WHEREAS,** Defendant and Plaintiff have conferred and agreed pursuant to Local Rule 6-2 to extend the deadline for Defendant to submit its Initial Disclosures to March 25, 2009;

**NOW THEREFORE,** pursuant to Local Rule 6-2, the below mentioned parties STIPULATE and agree as follows:

(1) Defendant's responsive pleading to the Complaint shall be filed on or before March 25, 2009;

(2) Defendant's Initial Disclosures shall be submitted to Plaintiff on or before March 25, 2009.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: February 27, 2009

By _____
Robert H. Bohn, Sr.

Attorneys for Plaintiff
Dale Buxton

DATED: February 25, 2009      SEYFARTH SHAW LLP

By _____
Ari Hersher

Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.

---

2

Eagle Test Systems, Inc.'s Stipulation and ~~Proposed~~ Order; Case No. 08-044404 RMW

# [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of the parties and their attorneys of record, and the Declaration of Ari Hersher in Support of the Proposed Order, and **Good Cause** appearing therefor:

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation:

(1) Defendant's responsive pleading to the Complaint shall be filed on or before March 26, 2009; and

(2) Defendant's Initial Disclosures shall be submitted to Plaintiff on or before March 26, 2009.

**IT IS SO ORDERED**

DATED: 3/5/09

_Ronald M. Whyte_
JUDGE OF THE ~~SUPERIOR COURT~~
U.S. DISTRICT COURT