1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614) mburns@seyfarth.com
2  Aryeh M. Hersher (SBN 260321) ahersher@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   EAGLE TEST SYSTEMS, INC.
6
   BOHN & BOHN LLP
7  Robert H. Bohn (SBN 36283) bbohn@bohnlaw.com
   152 North Third Street, Suite 200
8  San Jose, California 95112
   Telephone:  (408) 279-4222
9  Facsimile: (408) 295-2222                    *E-FILED - 12/21/09*

10 Attorney for Plaintiff
   DALE ROYAL BUXTON
11
                       UNITED STATES DISTRICT COURT
12
           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE OFFICE
14
   DALE ROYAL BUXTON,                )    Case No. C08-04404 RMW
15                                    )
              Plaintiff,              )    STIPULATION AND [XXXXXXXXXXXX
16                                    )    ORDER TO EXTEND THE DEADLINE
       v.                            )    TO COMPLETE ALTERNATIVE
17                                    )    DISPUTE RESOLUTION
   EAGLE TEST SYSTEMS, INC.,          )
18                                    )
              Defendant.             )
19  _____ )

20        The Parties to the above entitled action, Eagle Test Systems, Inc. ("Defendant") and Dale

21 Royal Buxton ("Plaintiff") (collectively referred to as the "Parties"), by and through their

22 undersigned counsel, enter into the following Stipulation:

23        WHEREAS, the original deadline for the Parties to complete Alternative Dispute

24 Resolution ("ADR") was August 1, 2009,

25        WHEREAS, the Court referred the Parties to mediator Steven Rosenberg,

26        WHEREAS, the Parties were unable to schedule a mediation with Rosenberg, due to

27 scheduling conflicts for both Plaintiff and Defendant,

28

                                              1

1  WHEREAS, the Parties were then assigned to mediator David Kelley,

2  WHEREAS, the Parties required additional time to conduct discovery and schedule

3  depositions, in order to make the mediation more meaningful,

4  WHEREAS, the Parties engaged in extensive discussions in order to find a mediation

5  date that was mutually agreeable,

6  WHEREAS, the Parties participated in an ADR-Setting Phone Conference with an ADR

7  Clerk on September 24, 2009, and agreed on a mediation date of December 3, 2009,

8  WHEREAS, the Parties have confirmed the availability of David Kelley for a mediation

9  session on December 3, 2009, and have set the mediation for that date;

10  NOW THEREFORE, the Parties stipulate to extend the deadline to complete ADR to

11  December 10, 2009, to enable them time to conduct discovery and depose relevant parties,

12  thereby enabling a more productive effort at alternative dispute resolution.

13  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

14  DATED: November __, 2009          SEYFARTH SHAW LLP

15

16  By _____

17  Michael J. Burns

18  Attorney for Defendant
    EAGLE TEST SYSTEMS, INC.

19  DATED: November 13, 2009          BOHN & BOHN LLP

20

21  BY _____
    Robert H. Bohn

22

23  Attorney for Plaintiff
    DALE ROYAL BUXTON

24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  DATED: ___12/21/09___

27  Hon. Ronald M. Whyte
    United States District Judge

28

SF1 28372738.1

2

Stipulation and xxxxxxxxxx Order to Extend ADR Deadline - Case No. C08-04404 RMW