1 | SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614) mburns@seyfarth.com
2 | Aryeh M. Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
3 | San Francisco, California 94105
Telephone: (415) 397-2823
4 | Facsimile: (415) 397-8549

5 | Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.
6
BOHN & BOHN LLP
7 | Robert H. Bohn (SBN 36283) bbohn@bohnlaw.com
152 North Third Street, Suite 200
8 | San Jose, California 95112
Telephone: (408) 279-4222
9 | Facsimile: (408) 295-2222                   ***E-FILED - 12/21/09***

10 | Attorney for Plaintiff
DALE ROYAL BUXTON
11
12                   UNITED STATES DISTRICT COURT

13        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE OFFICE

15 | DALE ROYAL BUXTON,              )   Case No. C08-04404 RMW
                                     )
16 |          Plaintiff,             )   **STIPULATION AND [ XXXXXXXXX
                                     )   ORDER FOR LEAVE TO FILE
17 |     v.                          )   SECOND AMENDED COMPLAINT
                                     )   AND COUNTERCLAIM**
18 | EAGLE TEST SYSTEMS, INC.,       )
                                     )
19 |          Defendant.            )
                                     )

20       The Parties to the above entitled action, Eagle Test Systems, Inc. ("Defendant") and Dale

21   Royal Buxton ("Plaintiff") (collectively referred to as the "Parties"), by and through their

22   undersigned counsel, enter into the following Stipulation:

23       WHEREAS, Plaintiff filed his initial Complaint on September 19, 2008,

24       WHEREAS, Plaintiff filed his First Amended Complaint on February 9, 2009,

25       WHEREAS, the Parties have exchanged discovery requests and responses, and have

26   produced hundreds of pages of responsive documents,

27
28
---
1
Stipulation and [XXXXX For Leave To File Second Amended Complaint And Counterclaim
Case No. C08-04404 RMW

1    WHEREAS, through the process of discovery, Plaintiff now believes that he has an

2    additional cause of action against Defendant, which he contends arises out of the same

3    transactions and occurrences that are the subject matter of Plaintiff's claims.  A copy of the

4    proposed Second Amended Complaint is attached at Tab A.

5    WHEREAS, through the process of discovery and investigation, Defendant now believes

6    that it has several causes of action against Plaintiff, which it contends arise out of the same

7    transactions and/or occurrences that are the subject matter of Plaintiff's claims, and further

8    believes that Plaintiff's claims are subject to an arbitration agreement he signed on December 11,

9    2005.

10    WHEREAS, the Parties have met and conferred on these issues (they have not yet met

11    and conferred regarding the arbitration agreement), and have mutually agreed to allow Plaintiff

12    to file a Second Amended Complaint against Defendant and to allow Defendant to file a

13    Counterclaim against Plaintiff.  A copy of Defendant's proposed Counterclaim is attached at Tab

14    B.

15    NOW THEREFORE, the Parties stipulate to grant Plaintiff leave to file a Second

16    Amended Complaint against Defendant.  The Parties further stipulate to grant Defendant leave to

17    file a Counterclaim against Plaintiff.

18    Defendant will have twenty (20) days from the date of service of Plaintiff's Second

19    Amended Complaint to file a responsive pleading.  Plaintiff will have twenty (20) days from the

20    date of service of Defendant's Counterclaim to file a responsive pleading.  For purposes of this

21    stipulation, the date of service shall be five business days after the Court approves this

22    stipulation.

23    The Parties agree that by executing to this stipulation, Defendant does not waive its right

24    to compel arbitration, pursuant to the arbitration agreement executed by Plaintiff on December

25    11, 2005.

26    ///

27    ///

28

2

Stipulation and **XXXXXX** For Leave To File Second Amended Complaint And Counterclaim
Case No. C08-04404 RMW

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

1

2    DATED: November 10, 2009                         SEYFARTH SHAW LLP

3

4                                                     By _____
                                                        Aryeh M. Hersher
5

6                                                     Attorney for Defendant
                                                      EAGLE TEST SYSTEMS. INC.
7    DATED: November 20, 2009                         BOHN & BOHN LLP

8
                                                      BY _____
9                                                        Robert H. Bohn

10                                                    Attorney for Plaintiff
                                                      DALE ROYAL BUXTON
11

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
     DATED: ____12/21/09____
15                                                    _____
                                                      Hon. Ronald M. Whyte
16                                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27
     SF1 28372940.1
28

                                          3

Stipulation and XXXXXXX For Leave To File Second Amended Complaint And Counterclaim
                        Case No. C08-04404 RMW