SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614) mburns@seyfarth.com
Aryeh M. Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.

BOHN & BOHN LLP
Robert H. Bohn (SBN 36283) bbohn@bohnlaw.com
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222

Attorney for Plaintiff
DALE ROYAL BUXTON

*E-FILED - 1/8/10*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| DALE ROYAL BUXTON,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE TEST SYSTEMS, INC.,<br><br>Defendant. | Case No. C08-04404 RMW<br><br>STIPULATION AND [xxxxxxxxxxx] ORDER TO CONTINUE TRIAL DATE |

The Parties to the above entitled action, Eagle Test Systems, Inc. ("Defendant") and Dale Royal Buxton ("Plaintiff") (collectively referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, the trial in this matter is currently scheduled for August 2, 2010;

2. WHEREAS, the non-expert discovery cut-off is currently scheduled for January 29, 2010 and the motion cutoff is scheduled for March 30, 2010;

3. WHEREAS, on December 21, 2009 Plaintiff was granted leave to file a Second Amended Complaint, which adds an additional cause of action against Defendant, and to which Defendant must investigate and file a responsive pleading (which will be a motion to dismiss

Stipulation and [xxxxxxx] Order to Continue Trial Date; Case No. C08-04404 RMW

filed on or about January 15, 2010). If Defendant's motion to dismiss is denied, Defendant will require sufficient time to propound written discovery on the new claims, depose Plaintiff and/or third parties on those new claims, and to file a dispositive motion if appropriate. (In other words, the case is still not yet at issue.)

4. WHEREAS, counsel for Plaintiff was generally unavailable in July, August, and portions of September 2009, due to trials and time conflicts in unrelated matters. Counsel for Defendant was unavailable for portions of September and October 2009, due to other professional and personal commitments;

5. WHEREAS, the Parties were unable to begin depositions in this case until November 2009;

6. WHEREAS, due to time conflicts, the Parties were unable to schedule a mediation with the original Court-appointed mediator, and were unable to mediate this case before Judge David Kelley of the Equal Employment Opportunity Commission until December 3, 2009. The mediation was unsuccessful; however, the Parties have agreed to revisit ADR after they file dispositive motions;

7. WHEREAS, both Parties are continuing to undertake discovery in this matter;

8. WHEREAS, Plaintiff served Defendant with additional sets of Requests for Production and Special Interrogatories on December 15, 2009;

9. WHEREAS, Defendant is in the process of preparing and serving Plaintiff with additional sets of Requests for Production and Special Interrogatories;

10. WHEREAS, significant unresolved discovery issues remain, and the Parties are continuing to meet and confer regarding discovery into Plaintiff's mental health records, adoption records, and residential records. Likewise, the Parties are continuing to meet and confer regarding discovery into employment records with Defendant;

11. WHEREAS, if the Parties are unable to informally resolve their outstanding discovery issues, the Parties anticipate filing discovery motions, including motions to compel, motions to quash, and motions for extended deposition time;

1. 12. WHEREAS, the Parties anticipate taking an additional six to eight depositions,
2. which are expected to take place in at least three different states;
3. 13. WHEREAS, the Parties anticipate filing dispositive motions in this case and need
4. time to conduct the necessary discovery, resolve outstanding discovery issues, and prepare the
5. motions;
6. 14. WHEREAS, the Parties have met and conferred and have agreed to stipulate to a
7. continuance of the trial date and to re-set all pre-trial dates and discovery deadlines in
8. accordance with this new trial date;
9. **NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an
10. Order vacating the August 2, 2010 trial date and that all pre-trial motion dates and discovery
11. deadlines be reset in accordance with the new trial date. As such, the Parties request that the
12. Court schedule a further Case Management Conference in January 2010 so that the Parties can
13. update the Court regarding the status of the litigation and to reset the trial date and all pre-trial
14. deadlines in accordance with the above.
15. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
16. DATED: December 23, 2009  SEYFARTH SHAW LLP

By _____
Michael J. Burns
Aryeh M. Hersher

Attorney for Defendant
EAGLE TEST SYSTEMS, INC.

DATED: December 21, 2009  BOHN & BOHN LLP

BY _____
Robert H. Bohn

Attorney for Plaintiff
DALE ROYAL BUXTON

-3-
Stipulation and XXXXXXX Order to Continue Trial Date; Case No. C08-04404 RMW

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/8/10

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

**\*Parties should appear on January 22, 2010 at 10:30 a.m. for a Case Management Conference. The parties should file a Joint Status Report by January 19, 2010.**