```
SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614) mburns@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.

BOHN & BOHN LLP
Robert H. Bohn (SBN 36283) bbohn@bohnlaw.com
152 North Third Street, Suite 200
San Jose, California 95112
Telephone:  (408) 279-4222
Facsimile: (408) 295-2222

Attorney for Plaintiff
DALE ROYAL BUXTON
```

*E-FILED - 7/14/10*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| DALE ROYAL BUXTON,<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE TEST SYSTEMS, INC.,<br><br>    Defendant. | Case No. C08-04404 RMW<br><br>**STIPULATION AND [XXXXXXX ORDER TO EXTEND DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF DEPOSING RONALD MAASSEN ON AUGUST 24, 2010.** |

The Parties to the above entitled action, Eagle Test Systems, Inc. ("Defendant") and Dale Royal Buxton ("Plaintiff") (collectively referred to as the "Parties"), by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, the current discovery deadline in this case is August 16, 2010.

WHEREAS, Defendant seeks to depose Ronald Maassen ("Mr. Maassen"), chief executive officer of MVTS Technologies, whom Plaintiff specifically references in his Second Amended Complaint;

WHEREAS, the Parties have met and conferred on available dates for the deposition of Mr. Maassen;

WHEREAS, the Parties have conferred with Mr. Maassen regarding his availability for deposition;

WHEREAS, due to time conflicts in the schedules of Plaintiff's counsel, Defendant's counsel, and Mr. Maassen, the earliest mutually available date for the deposition of Mr. Maassen is August 24, 2010.

NOW THEREFORE, the Parties stipulate to extend the Parties' discovery deadline for the limited and discrete purpose of allowing Defendant to depose Mr. Maassen on August 24, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 29, 2010

SEYFARTH SHAW LLP

By _____
Michael J. Burns
Ari Hersher
Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.

DATED: June 25, 2010

BOHN & BOHN LLP

BY _____
Robert H. Bohn

Attorney for Plaintiff
DALE ROYAL BUXTON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/14/10

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge

---

2

Stipulation and xxxxxxxxx Order To Extend The Discovery Deadline For The Deposition Of Ronald Maassen / Case No. C08-04404 RMW