1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614) mburns@seyfarth.com
2  Ari Hersher (SBN 260321) ahersher@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   EAGLE TEST SYSTEMS, INC.
6
   BOHN & BOHN LLP
7  Robert H. Bohn (SBN 36283) bbohn@bohnlaw.com
   152 North Third Street, Suite 200           *E-FILED - 9/22/10*
8  San Jose, California 95112
   Telephone: (408) 279-4222
9  Facsimile: (408) 295-2222

10 Attorney for Plaintiff
   DALE ROYAL BUXTON
11
                    UNITED STATES DISTRICT COURT
12
           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN JOSE OFFICE
14
   DALE ROYAL BUXTON,              ) Case No. C08-04404 RMW
15                                 )
              Plaintiff,           ) STIPULATION AND [] XXXXXXXX
16                                 ) ORDER TO CONTINUE TRIAL DATE
      v.                           )
17                                 )
   EAGLE TEST SYSTEMS, INC.,       )
18                                 )
              Defendant.           )
19                                 )

20     The Parties to the above entitled action, Eagle Test Systems, Inc. ("Defendant") and Dale

21 Royal Buxton ("Plaintiff") (collectively referred to as the "Parties"), by and through their

22 undersigned counsel, hereby stipulate and agree as follows:

23     1.   WHEREAS, the trial in this matter is currently scheduled for February 15, 2011;

24     2.   WHEREAS, the non-expert discovery cut-off was August 16, 2010 and the

25 dispositive motion cutoff is scheduled for October 18, 2010;

26     3.   WHEREAS, on August 9, 2010, this Court found good cause to allow Defendant

27 1.5 additional deposition hours for the deposition of Plaintiff;

28 ///

Stipulation and [Proposed] Order to Continue Trial Date: Case No. C08-04404 RMW

4.  WHEREAS, on or around July 31, 2010, Plaintiff accepted a new employment position in Thailand and relocated to Southeast Asia;

5.  WHEREAS, the Parties have extensively met and conferred about that date, timing, and location of Plaintiff's continued deposition, and had tentatively agreed to depose Plaintiff via teleconference on September 16, 2010;

6.  WHEREAS, Plaintiff has encountered unexpected travel and technological issues and is now unavailable for his scheduled deposition on September 16, 2010;

7.  WHEREAS, due to previously scheduled professional and personal commitments, as well as logistical issues arising from scheduling an international video deposition, the parties are unavailable to reschedule deposition prior to the current dispositive motion cutoff;

8.  WHEREAS, Defendant intends on filing a dispositive motion in this case and will be prejudiced if it cannot complete Plaintiff's deposition well in advance of the dispositive motion cutoff;

9.  WHEREAS, the Parties have met and conferred and have agreed to stipulate to a continuance of the trial date and to re-set certain pre-trial dates, including the dispositive motion cut-off date as set forth below;

10. WHEREAS, the Parties have agreed not to reopen discovery in this matter (other than concluding Plaintiff's deposition), and that any further discovery can only be accomplished by stipulation or court order;

11. WHEREAS, the Parties have met and conferred and have specifically agreed to a continuance in accordance with the following calendar: and

   a. The trial date is April 25, 2011 at 1:30 p.m. in Courtroom 6;
   b. The Pre-trial Conference is April 7, 2011 at 2:00 p.m. in Courtroom 6;
   c. Joint Pretrial Statement is due April 1, 2011;
   d. The expert discovery cutoff is March 18, 2011;
   e. The expert witness disclosure deadline is February 15, 2011; and

f. The last date on which dispositive motion(s) can be heard is February 4, 2011.

NOW THEREFORE, all Parties hereto stipulate and agree that the Court may enter an Order vacating the February 15, 2011 trial date, and setting the new trial date and pre-trial deadlines in accordance with the schedule set forth in Section 11(a-f) above.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 16, 2010

SEYFARTH SHAW LLP

By _____
Michael J. Burns
Ari Hersher

Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.

DATED: September 16, 2010

BOHN & BOHN LLP

BY _____
Robert H. Bohn

Attorney for Plaintiff
DALE ROYAL BUXTON

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: _____9/22/10_____            *Ronald M. Whyte*
3                                      Hon. Ronald M. Whyte
                                       United States District Judge

-4-