UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| DALE ROYAL BUXTON, | Case No. C08 04404 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND RESCHEDULE JANUARY 14, 2011 HEARING** |
| v. | |
| EAGLE TEST SYSTEMS, INC., | |
| Defendant. | |
| | Honorable Ronald M. Whyte |
| | Complaint Filed: September 19, 2008 |

Plaintiff Dale Buxton's Motion to Enlarge Time to Respond to Defendants' Motion for Summary Judgment and Reschedule January 14, 2011 Hearing was filed with the Court on December 2, 2010, and submitted to the Honorable Ronald M. Whyte on December 3, 2010. Defendant Eagle Test System, Inc.'s filed its Opposition to Plaintiff's motion on December 7, 2010.

The Court having duly considered the pleadings and for good cause, IT IS HEREBY ORDERED that Plaintiff's Motion to Enlarge Time to Respond to Defendants' Motion for Summary Judgment and Reschedule January 14, 2011 Hearing is GRANTED. Accordingly the January 14, 2011 hearing date on Defendant's Motion for Summary Judgment or in the Alternative Summary Adjudication is continued to January 28, 2011, enlarging the time in which Plaintiff

1  has to oppose the Defendant's motion for summary judgment from December 27,
2  2010 to January 7, 2011.
3
4      IT IS SO ORDERED.
5
6  Dated: December  13 , 201~~0~~1

7  _____
   HONORABLE RONALD M. WHYTE
8  U. S. DISTRICT COURT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Buxton v. Eagle Test Systems, Inc.
Order Granting Plaintiff's Motion to Enlarge Time