**E-FILED on**  3/4/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALE BUXTON,<br><br>    Plaintiff,<br><br>    v.<br><br>EAGLE TEST SYSTEMS, INC.,<br><br>    Defendant. | No. CV 08-04404    RMW<br><br>ORDER<br><br>**[Re Docket No. 134]** |

Defendant Eagle Test Systems, Inc. and plaintiff Dale Buxton contacted the court to request an update on the status of Eagle Test's pending motion for summary judgment. The parties are instructed to meet and confer regarding a proposed schedule for pretrial preparation in light of the fact that the court anticipates issuing an order on Eagle Test's motion within the next two weeks. If the court does not issue an order within that time frame, the parties will be able to further adjust the pretrial schedule, and the court will consider continuing the trial date.

DATED:    3/4/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER—No. CV 08-04404    RMW
MEC