1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614) mburns@seyfarth.com
2  Ari Hersher (SBN 260321) ahersher@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   EAGLE TEST SYSTEMS, INC.                              *E-FILED - 3/30/11*
6
   BOHN & BOHN LLP
7  Robert H. Bohn (SBN 36283) bbohn@bohnlaw.com
   152 North Third Street, Suite 200
8  San Jose, California 95112
   Telephone:  (408) 279-4222
9  Facsimile: (408) 295-2222

10 Attorney for Plaintiff
   DALE ROYAL BUXTON
11
                      UNITED STATES DISTRICT COURT
12
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE OFFICE
14
   DALE ROYAL BUXTON,                )    Case No. C08-04404 RMW
15                                    )
              Plaintiff,              )    **JOINT STIPULATION AND**
16                                    )    **[] ORDER TO CONTINUE**
         v.                           )    **TRIAL AND PRE-TRIAL DEADLINES**
17                                    )
   EAGLE TEST SYSTEMS, INC.,          )
18                                    )
              Defendant.              )
19 _____     )

20       The Parties to the above entitled action, Eagle Test Systems, Inc. ("Defendant") and Dale

21 Royal Buxton ("Plaintiff") (collectively referred to as the "Parties"), by and through their

22 undersigned counsel,  hereby stipulate and agree as follows:

23       1.    WHEREAS, the trial in this matter is currently scheduled for April 25, 2011;

24       2.    WHEREAS, the Pre-Trial Conference is currently scheduled for April 7, 2011;

25       3.    WHEREAS, the Joint Pre-Trial statement is due April 1, 2011;

26       4.    WHEREAS, the expert discovery cut-off was March 18, 2011;

27

28

-1-
Stipulation and [] Order to Continue Trial and Pre-Trial Deadlines; Case No. C08-04404 RMW

5. WHEREAS, on November 23, 2010, Defendant filed a Motion for Summary Judgment and/or Adjudication ("Defendant's Motion"), seeking dismissal of all claims for which there is no genuine issue of material fact;

6. WHEREAS, on March 1, 2011, the Parties jointly filed a letter with the Court, requesting a case management conference, extension of the pre-trial deadlines, and/or a brief trial continuance;

7. WHEREAS, on March 4, 2011, this Court issued an Order ("March 4th Order"), instructing the Parties to meet and confer regarding a proposed schedule for pre-trial preparation, in light of the fact that the Court anticipated issuing an order on Defendant's Motion by March 18, 2011.

8. WHEREAS, the March 4th Order further stated that, if the Court did not issue a ruling on Defendant's Motion by March 18, 2011, the parties were to further meet and confer regarding the pre-trial schedule and a trial continuance.

9. WHEREAS, on March 7, 2011, the Parties met and conferred, and agreed to stipulate to a brief continuance of the pre-trial deadlines;

10. WHEREAS, on March 10, 2011, the Parties filed a Joint Stipulation to Continue the Pre-Trial deadlines;

11. WHEREAS, on March 21, 2011, the parties further met and conferred and specifically agreed to a continuance of the pre-trial deadlines and trial date in accordance with the following calendar:

   a. The trial date is continued 30-90 days, based on the Court's availability and the availability of counsel;
   b. The pre-trial conference, expert discovery and pre-trial filing deadlines (as stated in Judge Whyte's Standing Order Re: Pre-Trial Preparation) will be continued in accordance with the new trial date;
   c. The parties request a Case Management Conference in order to set a new trial date and re-set all pre-trial deadlines;

      d. The expert witness disclosure deadline is closed;

      e. Defendant will produce its expert witness report on a date to be determined at the Case Management Conference

12. WHEREAS, the Parties have agreed not to reopen discovery in this matter (other than expert discovery), and that any further discovery can only be accomplished by stipulation or Court order;

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order, vacating the current trial date and setting a Case Management Conference in order to set a new trial date and re-set pre-trial deadlines, in accordance with Section 11(a-e) above.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 21, 2011                                      SEYFARTH SHAW LLP

                                                                           By  /s/
                                                                                 Ari Hersher

                                                  Attorneys for Defendant
                                                  EAGLE TEST SYSTEMS, INC.

DATED: March 21, 2011                                      BOHN & BOHN LLP

                                                  BY  /s/
                                                               Robert H. Bohn

                                                  Attorney for Plaintiff
                                                  DALE ROYAL BUXTON

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 DATED: __3/30/11_____        _/s/ Ronald M. Whyte_____

3                                               Hon. Ronald M. Whyte
                                                 United States District Judge

4

5 The Court vacates the Pretrial Conference, Pretrial deadlines, and Trial date. The Court hereby sets a Case Management Conference for April 22, 2011 at 10:30 am.