SEYFARTH SHAW LLP
G. Daniel Newland (State Bar No. 087965) dnewland@seyfarth.com
Michael J. Burns (SBN 172614) mburns@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
EAGLE TEST SYSTEMS, INC.

BOHN & BOHN LLP
Robert H. Bohn (SBN 36283) bbohn@bohnlaw.com
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222

Attorney for Plaintiff
DALE ROYAL BUXTON

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| DALE ROYAL BUXTON, | Case No. C08-04404 RMW |
| Plaintiff, | CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER |
| v. | Date: April 22, 2011 |
| EAGLE TEST SYSTEMS, INC., | Time: 10:30 a.m. |
| | Courtroom: 6, 4th Floor |
| Defendant. | Judge: Hon. Ronald M. Whyte |

The Parties to the above entitled action, Eagle Test Systems, Inc. ("Defendant") and Dale Royal Buxton ("Plaintiff") (collectively referred to as the "Parties"), by and through their undersigned counsel, participated in a Case Management Conference on April 22, 2011 before the Honorable Ronald M. Whyte.

The Court has scheduled the following trial date and pre-trial deadlines:

1. The trial date is September 26, 2011 at 1:00 p.m. in Courtroom 6;

2. The Pre-trial Conference is September 15, 2011 at 2:00 p.m. in Courtroom 6;

3. The deadline for Defendant to produces its expert witness report is May 27, 2011;

4.  The expert discovery cutoff is June 17, 2011;

5.  All other Pre-trial deadlines are set in accordance with Judge Whyte's Standing Order re: Pre-Trial Preparation

**IT IS SO ORDERED.**

Dated: *Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Judge

Approved as to form and content:

*Robert Bohn*

Robert H. Bohn, Esq.
Counsel for Plaintiff Dale Royal Buxton


/s/

Ari Hersher, Esq.
Counsel for Defendant Eagle Test Systems, Inc.

13334358v.2