**BOHN & BOHN** LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| DALE ROYAL BUXTON, | Case No. C08 04404 HRL |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| EAGLE TEST SYSTEMS, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii). Each party to bear their own costs and attorneys' fees.

Dated: October 3, 2011

BOHN & BOHN

BY: /s/ Robert H. Bohn
ROBERT H. BOHN, ESQ.
Attorney for Plaintiff
DALE ROYAL BUXTON

///
///
///
///

---

Buxton v. Eagle Test Systems, Inc.
STIPULATION OF DISMISSAL AND ORDER THEREON

```
 1 | Dated: October 5, 2011            SEYFARTH SHAW LLP
 2 |                             BY: _____
 3 |                                  MICHAEL J. BURNS, ESQ.
   |                                  Attorney for Defendant
 4 |                                  EAGLE TEST SYSTEMS
 5 |
 6 |        IT IS SO ORDERED.
 7 |
 8 | Dated: __FEB 6FF__               /s/ Ronald M. Whyte
                                      _____
 9 |                                  RONALD M. WHYTE
   |                                  SENIOR DISTRICT JUDGE
10 |                                  MAGISTRATE
```

Buxton v. Eagle Test Systems, Inc.
STIPULATION OF DISMISSAL AND ORDER THEREON